## UNITED STATES DISTRICT COURT    EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| LAUREL A. HODGE,<br><br>   Plaintiff,<br><br>*versus*<br><br>ANN ANDERSON, TEXAS<br>DEPARTMENT OF PROTECTIVE<br>SERVICES (INDIVIDUALLY<br>AND PROFESSIONALLY),<br><br>   Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 1:12-CV-400<br>§<br>§<br>§<br>§<br>§ |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Petitioner, Laurel A. Hodge, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, against Ann Anderson, Individually and Professionally, and the Texas Department of Protective Services. Petitioner seeks emergency relief and is not incarcerated based on the information provided in her initial pleadings.

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The Magistrate Judge recommends this action be dismissed without prejudice for lack of jurisdiction based on the domestic relations exception to federal jurisdiction.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, and pleadings. No objections to the Report and Recommendation have been filed by either party to date.

## ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED.** A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendations.

SIGNED at Beaumont, Texas, this 19th day of September, 2012.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE